UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

CEDRIC GREENE,                                    )
                                                  )          **Complaint for a Civil Case**
                                                  )
                                                  )
                                                  )
                                                  )
*(Write the full name of each plaintiff*          )
*who is filing this complaint. If the*            )     Case No.
*names of all the plaintiffs cannot fit in*       )     *(to be assigned by Clerk of*
*the space above, please write "see*              )     *District Court)*
*attached" in the space and attach an*            )
*additional page with the full list of*           )       Plaintiff requests trial by jury:
*names.)*                                          )       ☐ Yes  ☒ No
                                                  )
v.                                                )
                                                  )
weingart CARE FIRST                               )
VILLAGE,                                          )
                                                  )
                                                  )
                                                  )
                                                  )
*(Write the full name of each defendant.*         )
*The caption must include the names of*           )
*all of the parties. Fed. R. Civ. P. 10(a).*      )
*Merely listing one party and writing "et*        )
*al." is insufficient. Attach additional*         )
*sheets if necessary.)*                           )

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Cedric Greene |
| Street Address | 501 East 6TH Street |
| City and County | Los Angeles |
| State and Zip Code | California 90021 |
| Telephone Number | (323) 972- 9966 |
| E-mail Address | Cedricgreene33@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Weingart Care First Village |
| Job or Title | |
| Street Address | 1000 North Alhambra Avenue |
| City and County | Los Angeles |
| State and Zip Code | California 90012 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

**II.**   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

**A.**   **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
This is a case that could fall under 28 U.S. Code Section
1331, in the State of Missouri's Federal system.
```

**B.**   **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

**C.**   **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.   The Plaintiff(s)

The plaintiff, *(name)* _____Cedric Greene_____, is a citizen of the State of *(name)* _____Presented Question_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____, is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)*    Weingart Care First Village    .

is incorporated under the laws of the State of *(name)*

_____ California _____ , and has its principal place of

business in the State of *(name)* _____ California _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

4

## III.   Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.      What happened to you?
2.      When did it happen?
3.      Where did it happen?
4.      What injuries did you suffer?
5.      What did each defendant personally do, or fail to do, to harm you?

This is a civil complaint that's being presented to this Court on transferred basis, from the Eastern District of Wisconsin. That federal district was intructed to return case material back to Greene unfiled. The civil case concerns misconduct by Weingart Care First Village, and it occurred on the specific date of July 19, 2024. Care First Village staff wrongfully dumped all of Greene's personal belongings outside on the city streets in broad daylight without just cause reasoning. Program Director identified as Chris "C" at the current time said that he would give Greene time to work with case management with his homeless facility as of July 19, 2024, to set up transportation so that Greene could remove his belongings in the proper fashion rather than the illegal dumping on city streets that occurred on the date in question, in which was July 19, 2024.

Chrs "C" also said that he would notify Care First Village to restore Greene's belongings, but Care First Village staff went against what Greene had worked out with Program Director Chris "C." Once Greene returned to his homeless facility residence as of July 19, 2024, it was discovered that he was the victim of theft and robbery by Care First Village staff, because they didn't pack all of his personal belongings following the unconstitutional discharge date of July 9, 2024. Despite discovering that he was victimized by theft and robbery by Care First Village, Greene is unaware of the date they committed the

## IV.   Relief

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

This is a civil case matter that Greene wish to pursue in this District on transferred basis. If the Court is in agreement to allow the case to proceed in the Missouri Federal venue, we will seek monetary damages in the amount of $90, 000.00.

5

offense, nor is he aware of the date they stole his "unpacked belongings." Greene didn't discover that he was victimized by theft and robbery until he arrived at his facility residence on the evening of July 19, 2024, and started unpacking his illegaly dumped property onto city streets.

Care First Village essentially dumped Greene's belongings onto the city streets in a heinous manner, and stole from him in the process on dates unknown to Cedric Greene.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☐   No ☒

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

> Greene is entitled to monetary damages against Care First Village because the tort act they committed was in a heinous manner, and the wrongful act was committed in broad daylight, and intentionally stole valuables of Greene that were in the room before he left the premises.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10TH__ day of _____March_____, 20 _25_ .

Signature of Plaintiff(s) _____

6